IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACK PARKER**, <br><br> Petitioner, <br><br> *v.* <br><br> **MISS HAHSWORTH, et al.**, <br><br> Respondents. | **CIVIL ACTION** <br><br> **NO. 21-1700-KSM** |

## ORDER

**AND NOW**, this 21st day of October, 2021, upon consideration of the Petition for Writ of Habeas Corpus, the Response to the Petition, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated October 6, 2021, and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.